Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02959-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| JOSEPH RUBLE<br><br>                    Plaintiff,<br><br>vs.<br><br>PFIZER, INC., JOHN DOE ONE, and JOHN DOE TWO,<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, JOSEPH RUBLE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 11-10, 2009      BUBALO HIESTAND & ROTMAN, PLC

By: *Leslie M. Cronen*
Leslie M. Cronen
Attorneys for Plaintiffs


DATED: February 3, 2010      DLA PIPER LLP (US)

By: *Michelle W. Sadowsky*
Michelle W. Sadowsky
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

Hon. Charles R. Breyer
United States District Court